Ronald BLOUNT, Individually and as President of the Taxi Worker's Alliance of Pennsylvania, Arink, Inc., Raink, Inc., Audrey Cab, Inc., t/a County Cab, Sawink, Inc., Dee–Dee Cab, Inc., t/a Penn–Del Cab, Quaker City Cab, Inc., Germantown Cab Co. and Michael Etemad, Petitioners

v.

## PHILADELPHIA PARKING AUTHORITY, Respondent.

Supreme Court of Pennsylvania.

May 20, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 20th day of May, 2008, the Petition for Permission to Appeal is hereby **GRANTED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Ambrasio MOJICA, Petitioner.

No. 195 EM 2007.

Supreme Court of Pennsylvania.

June 12, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 12th day of June, 2008, the Petition for Review is hereby **DE-NIED.**

Andre YOUNGER, Petitioner

v.

Leon A. KING, Lynne Abraham, First Judicial District of Pennsylvania, Respondents.

Supreme Court of Pennsylvania.

June 23, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 23rd day of June, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Habeas Corpus is **DENIED.**